NUMBER 13-04-309-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
RALPH AND BARBARA SHAW,                                         Appellants,

v.

HARDESTY BUILDERS, INC.,                                               Appellee.
____________________________________________________________________

On appeal from the County Court at Law 
of Aransas County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellants, RALPH AND BARBARA SHAW, perfected an appeal from a judgment
entered by the County Court at Law of Aransas County, Texas, in cause number
2356C. After the record was filed, appellants filed a motion to dismiss the appeal. 
Appellants request that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 21st day of October, 2004.